FILE COPY

No. 07-18-00243-CR

| Juslet Joseph | § | From the 181st District Court |
| Appellant | | of Potter County |
| | § | |
| v. | | July 16, 2018 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 16, 2018, it is ordered, adjudged and decreed that the appeal is abated, and the cause is remanded to the 181st District Court of Potter County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o